Rear Admiral A. M. BLEDSOE, U. S. Navy; Capt. J. J. Greytak, U. S. Navy, et al., Appellants,

v.

UNITED STATES ex rel. Louis V. BOSCOLA, Appellee.

Charles S. THOMAS, Assistant Secretary of Defense for the Navy, et al., Appellants,

v.

UNITED STATES of America on the Relation of Peter J. SMITH, Appellee.

Nos. 15225, 15226.

United States Court of Appeals
Ninth Circuit.

June 18, 1957.

Charles P. Moriarty and Edward J. McCormick, Jr., Asst. U. S. Atty., Seattle, Wash., Joe H. Munster, Jr., Captain, U. S. N., Austin, Tex., for appellants.

Rummens, Griffin, Short & Cressman and Kenneth P. Short, Seattle, Wash., Robert S. Day, Kennewick, Wash., for appellees.

Before POPE and FEE, Circuit Judges, and HAMLIN, District Judge.

PER CURIAM.

The appellees in these two appeals, Louis V. Boscola and Peter J. Smith, filed petitions for writs of habeas corpus in the court below which after trial made findings and entered judgments granting the writs and ordering their release and discharge from further restraint by the respondents, the appellants here. The facts are fully set forth in the opinion of the district court, United States ex rel. Boscola v. Bledsoe; United States ex rel. Smith v. Thomas, D.C., 152 F. Supp. 343. The judgments are affirmed for the reasons and upon the grounds set forth in the opinion of the district court.

UNITED STATES of America, Appellee,

v.

Raymond ROSARIO and Eugene Tramaglino, Appellants.

No. 289, Docket 24444.

United States Court of Appeals
Second Circuit.

Argued April 9, 1957.

Decided July 29, 1957.

See also 147 F.Supp. 706.

Raymond Rosario and Eugene Tramaglino, pro se.

Paul W. Williams, U. S. Atty., Jerome J. Londin, New York City, for appellee.

Before HAND, MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Orders affirmed on the authority of Pinkerton v. United States, 328 U.S. 640, 66 S.Ct. 1180, 90 L.Ed. 1489 and United States v. Landi, 2 Cir., 240 F.2d 238.

TENNESSEE CENTRAL RAILWAY COMPANY, Appellant,

v.

J. M. ROUNTREE, District Director of Internal Revenue, Appellee.

No. 13140.

United States Court of Appeals
Sixth Circuit.

June 1, 1957.